IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 5 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05 - CV - 02302** -OES

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

VELMA J. UNDERWOOD,

     Plaintiff,

v.

GEO CORPORATION,

     Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, and a Title VII Complaint.  The court has determined that the

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Plaintiff will be

directed to cure the following if she wishes to pursue her claims.  Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

| | | |
|---|---|---|
| (1) | ___ | is not submitted |
| (2) | ___ | is not on proper form (must use the court's current form) |
| (3) | ___ | is missing original signature by Plaintiff |
| (4) | ___ | is missing affidavit |
| (5) | ___ | affidavit is incomplete |
| (6) | ___ | affidavit is not notarized or is not properly notarized |
| (7) | ___ | names in caption do not match names in caption of complaint, petition or application |

(8)   ___    An original and a copy have not been received by the court.
                  Only an original has been received.
(9)   ___    other _____

**Complaint or Petition:**
(10)   ___    is not submitted
(11)   ___    is not on proper form (must use the court's current form)
(12)   ___    is missing an original signature by the Plaintiff
(13)   X    is incomplete (Missing pages 3-5)
(14)   ___    uses et al. instead of listing all parties in caption
(15)   ___    An original and a copy have not been received by the court.
(16)   ___    Sufficient copies to serve each defendant/respondent have not been
                  received by the court.
(17)   ___    names in caption do not match names in text
(18)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Title VII Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _15_ day of _November_____, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **05 - CV - 02302** -0Θ

Velma J. Underwood
2570 South Dayton Way #D211
Denver, CO 80231

I hereby certify that I have mailed a copy of the **ORDER and two copies of Title VII Complaint** to the above-named individuals on _11/15/05_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk