FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JAN 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02302-MSK-OES

VELMA J. UNDERWOOD,

    Plaintiff,

v.

GEO CORPORATION,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 6th day of January 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  05-cv-02302-MSK-OES

Velma J. Underwood
2570 South Dayton Way D-211
Denver, CO 80231

US Marshal Service
Service Clerk
Service forms for: GEO Corporation


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on GEO Corporation: COMPLAINT, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 1/12/06 .

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk