IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02302-MSK-MEH

VELMA J. UNDERWOOD,

    Plaintiff,

v.

GEO CORPORATION,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice **(#9)**. The Court being fully advised in the premises,

HEREBY GRANTS the Stipulation for Dismissal with Prejudice. The Clerk shall close this case.

DATED this 15th day of March 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge